AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

### for the

*District of Columbia*

**FILED**

**AUG - 6 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Keith Stoddard
7 Elmira Street SE #3
Washington, D.C. 20032
*Petitioner*

v.

Director of the Court Services and Offender
Offender Supervision Agency for the District of
Columbia 633 Indiana Ave. NW Washington, D.C. 2000
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)
)
)

Case: 1:14-cv-01338
Assigned To : Jackson, Amy Berman
Assign. Date : 8/6/2014
Description: Habeas Corpus/2255

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 USC. § 2241

### Personal Information

1.  (a) Your full name:   Keith Stoddard
    (b) Other names you have used:   N/A
2.  Place of confinement:
    (a) Name of institution:   N/A
    (b) Address:   N/A

    (c) Your identification number:
3.  Are you currently being held on orders by:
    ☐ Federal authorities        ☐ State authorities        ☐ Other - explain:
    No
4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
          (a) Name and location of court that sentenced you:   N/A

          (b) Docket number of criminal case:   N/A
          (c) Date of sentencing:
    ☐ Being held on an immigration charge
    ☐ Other *(explain):*

RECEIVED

AUG - 6 2014

Clerk, U.S. District and
Bankruptcy Courts

1

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.   What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain)*:   On January 18, 2013, petitioner appeared for a bench trial in the Superior Court of the District of Columbia with Judge Yvonne Williams presiding.  The trial was completed on the same day.  Petitioner was found guilty of two (2) counts of Failing to Register as a Sex Offender.

6.   Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:   Superior Court for the District of Columbia 500 Indiana Avenue Washington, D.C. 20001

(b)  Docket number, case number, or opinion number:     2012 CMD 016494

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

Petitioner was sentence to one hundred twenty (120) days of incarceration, consecutively, and nine (9) months of probation, concurrently, for each of the two counts of failing to register as a sex offender.

(d)  Date of the decision or action:   01/18/2013

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes                    ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:   District of Columbia Court of Appeals

(2)  Date of filing:   01/22/2013

(3)  Docket number, case number, or opinion number:     Appeal No. 13-CM-108

(4)  Result:    The government Motion to Vacate Convicitons and Remand for Dismissal of Information

(5)  Date of result:

(6)  Issues raised:   Petitioner's convictions for failing to register as a sex offender were against the weight of the evidence because there was no evidence that petitioner knowingly failed to provide his address.  Petitioner's convictions for failing to register as a sex offender are unsupported by the evidence

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8.     **Second appeal**

       After the first appeal, did you file a second appeal to a higher authority, agency, or court?

       ☐ Yes                    ☑ No

       (a) If "Yes," provide:

            (1) Name of the authority, agency, or court:

            (2) Date of filing:

            (3) Docket number, case number, or opinion number:

            (4) Result:

            (5) Date of result:

            (6) Issues raised:

       (b) If you answered "No," explain why you did not file a second appeal:

9.     **Third appeal**

       After the second appeal, did you file a third appeal to a higher authority, agency, or court?

       ☐ Yes                    ☑ No

       (a) If "Yes," provide:

            (1) Name of the authority, agency, or court:

            (2) Date of filing:

            (3) Docket number, case number, or opinion number:

            (4) Result:

            (5) Date of result:

            (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  If you answered "No," explain why you did not file a third appeal: _____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   N/A

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                      ☑ No

If "Yes," provide:

(a)   Date you were taken into immigration custody:

(b)   Date of the removal or reinstatement order:

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                      ☐ No

If "Yes," provide:

(1)  Date of filing:

(2)  Case number:

(3)  Result:

(4)  Date of result:

(5)  Issues raised:

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes                      ☑ No

If "Yes," provide:

(1)  Name of court:

(2)  Date of filing:

(3)  Case number:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**   Petitioner's background arrest report still reflects the above convictions  Criminal History Request dated May 13, 2014.  See attach exhibit 1.

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b)  Did you present Ground One in all appeals that were available to you?

☐ Yes                  ☑ No

**GROUND TWO**:  Assistant United States Attorney Amanda J. Winchester, filed Appellee's Motion to Vacate

Convictions and Remand for Dismissal of Information on August 21, 2013.  See attach exhibit 2.

(Appellee's Motion to Vacate Convictions and Remand for Dismissal

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b)  Did you present Ground Two in all appeals that were available to you?

☑ Yes                  ☐ No

**GROUND THREE**:  Petitioner's correspondence with attorney reflect that this case should have been terminated.

And petitioner should have received a court date in Superior Court whereby the government was suppose to

dismiss the case.  See attach exhibit 3

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b)  Did you present Ground Three in all appeals that were available to you?

☑ Yes                  ☐ No

**GROUND FOUR:**   The Court Services and Offender Supervison Agency for the District of Columbia employee Yolanda Stokes, who works with the sex offender registry, still reference the above convictions as accurate. Petitioner is being ridiculed and harassed for a conviction that has been overturned by the District of Columbia Court of Appeals.

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

❏ Yes                    ❏ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do:  Petitioner request dismissal of these convictions as order by the District of Columbia Court of Appeals.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8/6/14

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

## DISTRICT OF COLUMBIA
## COURT OF APPEALS

No. 13-CM-108

KEITH STODDARD,                                              Appellant,

     v.

UNITED STATES OF AMERICA,                                    Appellee.

## APPELLEE'S MOTION TO VACATE CONVICTIONS AND REMAND
## FOR DISMISSAL OF INFORMATION

     Appellee, the United States of America, respectfully moves this Court to vacate appellant's convictions and remand the case to the trial court so that the government may move to dismiss the information. Counsel for appellant has informed appellee that he does not oppose this motion.

     By supserseding information filed on November 7, 2012, appellant was charged with two counts of failure to register as a sex offender, in violation of D.C. Code §§ 22-4014, 4015. On January 18, 2013, following a bench trial, the Honorable Yvonne Williams found appellant guilty of those charges. That same day, Judge Williams sentenced appellant to 120 days' incarceration on each count, with the execution of his sentences suspended, and 9 months of

supervised probation. Appellant filed a timely notice of appeal on January 22, 2013.

On appeal, appellant challenges the sufficiency of the evidence supporting his convictions, claiming that the government did not prove that he knowingly failed to verify his address, in compliance with the Sex Offender Registration Act, on the two charged occasions that he registered as "homeless." Upon consideration of the evidence as it developed at trial, the government would acquiesce in vacation of appellant's convictions and would request a remand to the trial court so that the government can file a motion to dismiss the information.

WHEREFORE, appellee respectfully requests that the motion to vacate appellant's convictions be granted.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH TROSMAN
Assistant United States Attorney

AMANDA J. WINCHESTER
D.C. Bar #488798
Assistant United States Attorney
555 Fourth Street, NW, Room 8104
Washington, D.C. 20530
(202) 252-6829

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing to be mailed to counsel for appellant, Bruce A. Johnson, Jr., Esq., 4301 Northview Drive, Bowie, MD  20716, on this 21st day of August, 2013.

AMANDA J. WINCHESTER
Assistant United States Attorney

PD-70 Rev. 6/15

| Date of Request | METROPOLITAN POLICE DEPARTMENT | Social Security No. |
|---|---|---|
| | Washington, D. C. | |
| | CRIMINAL HISTORY REQUEST | ~~(scribbled out)~~ |

Request Record of: (Last,First,Middle Name)

Stoddard, Keith Oliver

Address

3802 South Capitol Street SE #301

| Sex | Race | Birthdate | Place of Birth |
|---|---|---|---|
| Male | Black | 12/13/66 | Washington, P.C. |

Requesting Agency

Call-Back Number

Signature of Agent

Badge No.

**Purpose of Request** (check one)

☐ Law Enforcement Purposes (not for employment)

☐ Visas*

☑ Employment*/Licensing*

☐ Challenge*

---

**IDENTIFICATION AND RECORDS DIVISION USE ONLY**—(Check if applicable)

☐ SUBJECT UNDER ARREST          ☐ CORRECT COLOR CODE

| Request Received By | Date and Time Received | Date and Time Returned |
|---|---|---|
| | | |

**Method of Request** (Check One)

☐ Mail

☐ In Person

☐ NLET

☐ Telephone

---

**D.C. CODE § 2.1402.66 IS QUOTED HERE FOR YOUR INFORMATION**

It shall be an unlawful practice, punishable by a fine of not more than three-hundred dollars ($300.) or imprisonment for not more than ten (10) days, or both, for any person to require the production of an arrest record or any copy, extract, or statement thereof, at the monetary expense of any individual to whom such record may relate. Such "arrest records" shall contain only listings of convictions and forfeitures of collateral that have occurred within ten (10) years of the time at which such record is requested. *(Dec. 13, 1977, D.C. Law 2-38, Title II, §266, 24 DCR 6038).*

*I hereby authorize the release of my adult arrest record revealing convictions and forfeitures within the past ten (10) years.

Signature _____    Date 5/13/14

---

**RESULTS OF CRIMINAL HISTORY FILE SEARCH**

TO:   Criminal History Users          ☐ Name Search  ☐ Fingerprint Search

This request concerns information whose collection, dissemination, and use are conditioned and restricted by applicable federal and District of Columbia statutes, and policy of the Metropolitan Police Department. Continued assistance from this department is conditioned upon your strict adherence to these regulations.

**WARNING TO APPLYING AGENCIES:** The Metropolitan Police Department does not guarantee either the accuracy of the record or that the individual whose record is furnished is actually the same individual whose record was requested. To obtain accuracy, the record of the Court involved should be examined. Positive identification can only be determined by comparable fingerprints. Records of arrests obtained from the Metropolitan Police Department as detailed on this form are for convictions and forfeitures for the past 18 years prior to the date of request of this record, exclusive of periods of imprisonment, if any. This record does not reflect any cases which may be currently pending before the Courts or cases where convictions have been set aside pending appeals.

CHIEF OF POLICE

| Date of Arrest | Charge(s) | Disposition |
|---|---|---|
| 9/20/12 | TWO COUNTS CHARGED FAILURE TO REGISTER AS A SEX OFFENDER NINE MONTHS SUPERVISED PROBATION EACH COUNT CHARGED   METROPOLITAN POLICE DEPARTMENT NAME FILE ARREST RECORD FOUND MAY 13 2014 WASHINGTON DC      METROPOLITAN POLICE DEPARTMENT NAME FILE ARREST RECORD FOUND MAY 13 2014 WASHINGTON DC | |

---

Documents Released:

☐ Criminal History Record          ☐ Photograph        ☑ Other: _____
☑ Prosecution Report               ☐ Fingerprints      ☐ Other: _____

| Date of Record Search | Record Searched By | Release Authorization |
|---|---|---|
| 5/13/14 | Oliver | |

BRUCE A. JOHNSON, JR., MBA***        LAW OFFICES OF        LEGAL ASSISTANTS
LUCRECIA P. JOHNSON*                                        WENDY GARRETT
DALLAS E. HOUSTON *     BRUCE A. JOHNSON, JR., LLC     JANAI PINKNEY
                          BUSINESS AND CRIMINAL LAW     TASHEA McDADE

MD*                            4301 NORTHVIEW DRIVE
DC                          BOWIE, MARYLAND 20716     OFFICE MANAGER
MD VA #                     (301) 860-1505           DIANE SHARP
MD DC VA ***            (301) 860-1508 (FACSIMILE)
                          BAJJLAW@AOL.COM

August 28, 2013

Keith Stoddard
71 Forrester Street, S.W.
Washington, DC 20032

      Re:     *Keith Stoddard vs. United States of America*
               *Case No. 13-CM-108*
               *Our File No.:13-070*

Dear Mr. Stoddard:

      Please find enclosed a copy of the Appellee's Motion to Vacate Convictions and Remand for Dismissal of Information in the above-referenced matter.  This means that the appellate case will be terminated and you should receive a court date in Superior Court whereby on that date the government will dismiss the case against you.

      If you have any questions, please call me.  Thank you.

                                  Sincerely,

                                  Bruce A. Johnson, Jr.

Enclosure